PER CURIAM.

(No. 75-CC-95— )

KRANZ AUTOMOTIVE BODY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed November 12, 1974.*

KRANZ AUTOMOTIVE BODY CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.